**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SHAUNTEZ HAIRSTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )        **CIVIL NO. 08-cv-913-DRH** |
| | ) |
| **MATTHEW SCOTT,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

The Court denied Plaintiff Shauntez Hairston's motion for leave to proceed *in forma pauperis*, finding that he had accumulated three or more strikes (Doc. 4). *See* 28 U.S.C. § 1915(g). Hairston was directed to pay the $350 filing fee within 15 days; that time has long since elapsed, and payment has not been received.

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED:   June 1, 2009.**

/s/      DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**